# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD ALBERT PAYNE,<br><br>      Plaintiff,<br><br>  v.<br><br>WASCO STATE PRISON, et al.,<br><br>      Defendants. | 1:13-cv-00313-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS<br><br>(ECF No. 13, 16) |

      Plaintiff Lloyd Albert Payne ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On June 25, 2014, the Magistrate Judge screened Plaintiff's second amended complaint and found that it stated a cognizable claim against Defendants Gutierres and Butler for deliberate indifference in violation of the Eighth Amendment. However, the Magistrate Judge also determined that Plaintiff could not proceed with his Equal Protection claim or his request for declaratory relief. The Magistrate Judge therefore provided Plaintiff with an opportunity to file an amended complaint or notify the Court whether he was agreeable to proceed only against Defendants Gutierres and Butler for deliberate indifference in violation of the Eighth Amendment.

      On July 7, 2014, Plaintiff notified the Court of his intention to proceed only on the cognizable claim for deliberate indifference against Defendants Gutierres and Butler.

1

Based on Plaintiff's notice, on July 18, 2014, the Magistrate Judge issued Findings and Recommendations that this action proceed on Plaintiff's second amended complaint, filed on June 23, 2014, against Defendants Gutierres and Butler for deliberate indifference in violation of the Eighth Amendment; and that Plaintiff's Equal Protection claim and request for declaratory relief be dismissed.  The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days.  (ECF No. 16.)  More than fourteen (14) days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on July 18, 2014, are adopted in full;
2. This action shall proceed on Plaintiff's second amended complaint, filed on June 23, 2014, against Defendants Gutierres and Butler for deliberate indifference in violation of the Eighth Amendment;
3. Plaintiff's Equal Protection claim and his request for declaratory relief are DISMISSED; and
4. This action is referred back to the Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **August 11, 2014**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

5.