# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD ALBERT PAYNE, | Case No. 1:13-cv-00313-LJO-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT |
| v. | |
| WASCO STATE PRISON, et al., | (ECF No. 48) |
| Defendants. | ORDER DENYING MOTION TO APPOINT COUNSEL AS MOOT |
| | (ECF No. 49) |

Plaintiff Lloyd Albert Payne ("Plaintiff") is a state prisoner who proceeded pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. On March 22, 2017, the Court denied Plaintiff's motion for summary judgment and granted Defendants' motion for summary judgment. (ECF No. 45.) Judgment in favor of Defendants was entered that same day. (ECF No. 46.) Plaintiff filed a notice of appeal on April 4, 2017. (ECF No. 47.)

With his notice of appeal, Plaintiff filed a motion to proceed in forma pauperis on appeal, (ECF No. 48), and a motion to appoint counsel, (ECF No. 49). It appears that Plaintiff intended to file these motions with the Ninth Circuit, and has mistakenly filed them with this Court.

To the extent Plaintiff seeks to proceed in forma pauperis, Plaintiff has already been granted permission to proceed in forma pauperis in this action. (ECF No. 5.) The Ninth Circuit has processed Plaintiff's notice of appeal and is aware of his in forma pauperis status before this Court. (ECF No. 50.)

///

1

1  To the extent Plaintiff seeks the appointment of counsel in the instant matter, this action is now closed. (ECF Nos. 45, 46.) If Plaintiff seeks the appointment of counsel in his appeal, he must file a motion with the Ninth Circuit.

Accordingly, Plaintiff's motion to proceed in forma pauperis, (ECF No 48), and Plaintiff's motion to appoint counsel, (ECF No. 49), are HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **April 20, 2017**        /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE